# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | ) | Case No. 2:17-cv-00681-JAD-NJK |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| REYNA HERNANDEZ QUINTERO, | ) | |
| | ) | |
| Defendant(s). | ) | |

Pending before the Court is an order to show cause why the case should not be dismissed for failure to prosecute. Docket No. 6. Thereafter, Plaintiff obtained a Clerk's default against Defendant. Docket No. 8. The order to show cause is **DISCHARGED**. Plaintiff shall file a motion for default judgment by February 7, 2018, unless Defendant has appeared to set aside default before that date.

IT IS SO ORDERED.

DATED: January 19, 2018

_____
Nancy J. Koppe
United States Magistrate Judge