# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

J & J Sports Productions, Inc.

     Plaintiff,

  v.

Reyna Hernandez Quintero, individually,
and d/b/a La Tradicion, a/k/a El Tradicion

     Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-00681-JAD-NJK

☐  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

 **IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered in favor of plaintiff against defendant as follows:

a. For the Violation of Title 47 U.S.C. § 605(e)(3)(C)(i)(II):  $10,000
b. For the Violation of Title 47 U.S.C. § 605(e)(3)(C)(ii):   $30,000

Total                                                        $40,000

 February 12, 2019             DEBRA K. KEMPI
 Date                   Clerk



                  /s/ M. Morrison
                  Deputy Clerk